UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FENOT SAMUEL AWALOM,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>UR JADDOU, et al.,<br><br>　　　　　　Defendant(s). | CASE NO. C24-0217-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO HOLD CASE IN ABEYANCE |

This matter comes before the Court on the parties' stipulated motion to hold this case in abeyance while they work to resolve this litigation. Dkt. No. 6. The parties have shown good cause to hold the case in abeyance until October 11, 2024, and the Court therefore GRANTS the stipulated motion. The parties are ORDERED to file a joint status report no later than October 11, 2024.

Dated this 9th day of May, 2024.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO HOLD CASE IN ABEYANCE - 1