District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FENOT SAMUEL AWALOM,<br><br>              Plaintiff,<br><br>    v.<br><br>UR JADDOU, *et al.*,<br><br>              Defendants. | Case No. 2:24-cv-00217-KKE<br><br>STIPULATED MOTION TO DISMISS AND ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs.  Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her Form I-589, Application for Asylum and for Withholding of Removal.  USCIS has adjudicated the application, and this case is now moot.

//

//

//

//

1     DATED this 16th day of August, 2024.

2 Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | GIBBS HOUSTON PAUW |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ A. Fiona McKinnon*<br>FIONA MCKINNON, WSBA #40842<br>1000 Second Avenue, Suite 1600<br>Seattle, Washington 98104-1003<br>Phone: (206) 682-1080<br>Email:  fiona.mckinnon@ghp-law.net<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

***I certify that this memorandum contains 76 words, in compliance with the Local Civil Rules.***

**ORDER**

The parties' stipulated motion to dismiss is GRANTED. Dkt. No. 11. The case is dismissed without prejudice, with each party to bear their own costs.

DATED this 19th day of August, 2024.

Kymberly K. Evanson
United States District Judge